Robert R. Pohls (California Bar #131021)
Kenneth Perscheid (California Bar #120962)
**POHLS & ASSOCIATES**
1550 Parkside Drive, Suite 260
Walnut Creek, California 94596
Telephone: (925) 973-0300
Facsimile: (925) 973-0330

Attorney for Plaintiff
**State Farm Life Insurance Company**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>JESSIE INGRAM and GARY INGRAM,<br><br>Defendants. | Case No. CV11-03652 PSG<br><br>**STIPULATION AND ORDER RE ENTRY OF JUDGMENT IN INTERPLEADER** |

IT IS HEREBY STIPULATED, by and among plaintiff State Farm Life Insurance Company ("State Farm"), defendant Jessie Ingram and defendant Gary Ingram, that:

1. State Farm properly filed its Complaint in Interpleader herein, and this is a proper cause for interpleader;

2. By reason of the death of Maryse Ingram on or about April 22, 2011, the sum of $250,000.00 became payable under State Farm's life insurance policy number LF-1967-3485 (the "Policy");

3. On or about June 11, 2011, State Farm paid fifty percent of the policy proceeds into the benefit management account of defendant Jessie Ingram.

4. Jessie Ingram and Gary Ingram each claim all or some portion of the remaining insurance proceeds that are payable under the Policy, and no other person or entity has made a claim to the remaining insurance proceeds;

5. Having deposited the sum of $126,181.33 (representing the remaining insurance proceeds plus interest) with the Clerk of this Court on July 26, 2011, State Farm and its agents be released, discharged and acquitted of and from any liability of any kind or nature whatsoever under the Policy;

6. State Farm be awarded the sum of $6,600.00 for its reasonable attorneys' fees and costs incurred in connection with this action, and the Clerk of this Court be directed pay such amount, from and out of the funds deposited herein, by check made payable to "State Farm Life Insurance Company" and delivered via first class mail to State Farm's attorneys of record;

7. Jessie Ingram and Gary Ingram be compelled to interplead or settle between themselves their respective rights or claims to the remaining insurance proceeds;

8. Upon the execution of this stipulation, the Court may enter a Stipulated Judgment in Interpleader in the form attached hereto and marked as Exhibit A; and

9. This stipulation may be executed in any number of counterparts, each of which may be an original, but all of which shall constitute one and the same instrument.

IT IS SO STIPULATED.                                    POHLS & ASSOCIATES

DATED: SEPTEMBER 21, 2011    By: _____
                                                        Robert R. Pohls
                                                        Attorneys for Plaintiff
                                                        **State Farm Life Insurance Company**

///
///
///
///
///

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED. | **COMSTOCK, THOMPSON, KONTZ & BRENNER** |

DATED: 9/16/ , 2011     By: _____
                             Thornton Kontz
                             Attorneys for Defendant
                             **Jessie Ingram**

IT IS SO STIPULATED.

DATED: _____, 2011     By: _____
                                   Jeffrey Bosshard
                                   Attorney for Defendant
                                   **Gary Ingram**

## ORDER

IT IS SO ORDERED.

DATED: _____, 2011     _____
                               UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER RE ENTRY
OF JUDGMENT IN INTERPLEADER
Case No. CV11-03652 PSG

IT IS SO STIPULATED.                    **COMSTOCK, THOMPSON, KONTZ & BRENNER**

DATED: _____, 2011              By: _____
                                              Thornton Kontz
                                              Attorneys for Defendant
                                              **Jessie Ingram**

IT IS SO STIPULATED.

DATED: _AUGUST 14_, 2011                By: _____
                                              Jeffrey Bosshard
                                              Attorney for Defendant
                                              **Gary Ingram**

                                        **ORDER**

IT IS SO ORDERED.

DATED: _October 17_, 2011               _____
                                        UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER RE ENTRY
OF JUDGMENT IN INTERPLEADER
Case No. CV11-03652 PSG                                                Page 3