UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> JESSIE INGRAM AND GARY INGRAM, <br><br> Defendants. | Case No.: C 11-03652 PSG <br><br> **CASE MANAGEMENT ORDER** |

On October 18, 2011, the parties appeared before Magistrate Judge Paul S. Grewal for a case management conference. Based on the parties' Joint Case Management Statement and the discussions held at the case management conference,

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure apply.

IT IS FURTHER ORDERED that the parties shall participate in the Early Neutral Evaluation

The parties shall promptly contact the court's ADR department to make the appropriate arrangements.

    IT IS FURTHER ORDERED that the following schedule shall apply to this case:

Fact Discovery Cutoff ........................................... April 27, 2012

Designation of Opening Experts with Reports ........................... May 11, 2012

Designation of Rebuttal Experts with Reports ........................... June 8, 2012

Expert Discovery Cutoff ........................................... June 22, 2012

Deadline(s) for Filing Discovery Motions .................... *See* Civil Local Rule 37-3

Last Day for Dispositive Motion Hearing[1] ............... 10:00 a.m. on August 28, 2012

Final Pretrial Conference ............................ 2:00 p.m. on October 16, 2012

Trial ........................................... 9:30 a.m. on October 29, 2012

    IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Paul S. Grewal (Dec. 2010), a copy of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint Pretrial Statement, and all other pretrial submissions.

Dated: October 21, 2011

                                              _____
                                              PAUL S. GREWAL
                                              United States Magistrate Judge

---

[1] This is the last date for *hearing* dispositive motions. Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

[2] A copy of Judge Grewal's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Grewal's name, then on the link for "Magistrate Judge Grewal's Standing Orders," and finally on the link for "Judge Grewal's Civil Standing Order."

Case No.: C 5:11-cv-03652 PSG                                                2
CASE MANAGEMENT CONFERENCE ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No.: C 5:11-cv-03652 PSG
CASE MANAGEMENT CONFERENCE ORDER

3