```
Thornton Kontz, Esq. -SBN 118120
Email: tkontz@surfcitylaw.com
A member of Comstock, Thompson, Kontz & Brenner
340 Soquel Ave., Ste. 205
Santa Cruz, CA  95062
Telephone:  (831) 427-2727
Facsimile:  (831) 458-1165
```

Attorney for Defendant and Cross-Claimant, JESSIE INGRAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY,<br><br>    Plaintiff(s),<br><br>v.<br><br>JESSIE INGRAM and GARY INGRAM,<br><br>    Defendant(s).<br>_____/<br><br>JESSIE INGRAM,<br><br>    Cross-Claimant,<br>v.<br><br>GARY INGRAM,<br><br>    Cross-Defendant.<br>_____/ | No.  C V 11-03652 PSG<br><br>**STIPULATION FOR DISBURSEMENT AND DISMISSAL** ; ORDER<br><br><br><br><br><br>Complaint Filed:  December 20, 2011 |

    Plaintiff, STATE FARM, having previously received Judgment in Interpleader and having been dismissed from this Action, the remaining parties, Defendants, JESSIE INGRAM and GARY INGRAM, (collectively "the Parties"), through their respective counsel of record, enter into the following stipulation:

    This matter is an interpleader action for approximately $126,181.33 in proceeds from a life

- 1 -

1  insurance policy on the life of decedent, Maryse Ingram issued by State Farm ("the Insurance
2  Proceeds");
3      Plaintiff, State Farm, has already been awarded its $6,600.00 for its reasonable attorneys fees
4  and costs in connection with the interpleader action and has already been dismissed from this Action.
5      Defendants, JESSIE INGRAM and GARY INGRAM, both claim right to the Insurance
6  Proceeds;
7      The Parties having entered into an agreement hereby stipulate and agree to the disbursement
8  of the life insurance as follows:
9      1. The Clerk of the Court shall disburse the balance of the Insurance Proceeds as
10      follows:
11      A. The sum of $37,500.00 shall be disbursed to Gary Ingram. This sum shall be made
12      payable to the "Attorney Trust Account of Jeffrey Bosshard" and mailed to Jeffrey
13      Bosshard, 10096 Soquel Drive, Suite 2, Aptos, CA 95003.
14      B. The balance of the Insurance Proceeds shall be made payable to "Comstock,
15      Thompson, Kontz & Brenner Trust Account" and delivered to Thornton Kontz,
16      Comstock, Thompson, Kontz & Brenner, 340 Soquel Avenue, Suite 205, Santa Cruz,
17      CA 95062.
18      2. Upon payment of the Insurance Proceeds, as set forth above, the Court shall dismiss
19      the Action, with prejudice.

COMSTOCK, THOMPSON, KONTZ & BRENNER

Dated: 1-31-12

Thornton Kontz, Attorney for Defendant and Cross-Claimant, Jessie Ingram

Dated: 1-31-2012

Jeffrey Bosshard, Attorney for Defendant, Gary Ingram

IT IS SO ORDERED.
3/5/2012

Paul S. Grewal
U.S. Magistrate Judge

-2-

JOINT STIPULATION FOR DISBURSEMENT AND DISMISSAL
Case No. CV11-03652 PSG